SUNNY VENDING SERVICES CO., INC., Appellant, v GENESEE VALLEY MEDICAL CARE, INC., Doing Business as BLUE SHIELD OF THE ROCHESTER AREA, et al., Respondents. (Appeal No. 2.)—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.